UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JAMES BRADY, as Chairman and WILLIAM GRIMM, as Secretary of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; JAMES BRADY, as Chairman and KEITH KRAMER, as Secretary of the Minnesota Laborers Vacation Fund; FRED CHASE, as Chairman and JEFF SEIPEL, as Secretary of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and SCOTT WEICHT, as Chairman and JAMES HEGGE, as Secretary of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,

          Plaintiffs,

vs.

VIELE CONTRACTING, INC.,

          Defendant.

Civil No. 04-5004 (RHK/RLE)

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

---

     **IT IS HEREBY ORDERED**, that this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

6/28/05                                                   s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge